UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WILLIAM SPENCER,**

    **Plaintiff,**

**v.**                                              **Case No: 6:19-cv-1217-Orl-41GJK**

**MONROE A. MOORE and ATLANTIC
DEVELOPMENT OF COCOA, INC.,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the parties' Amended Joint Motion to Approve Settlement and Dismiss Case with Prejudice ("Motion," Doc. 25). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation ("R&R," Doc. 26), in which he recommends granting the Motion and finding the Settlement Agreement (Doc. 25-1) to be fair and reasonable settlements of Plaintiff's claims under the FLSA. (*See generally* Doc. 26). The parties filed a Joint Notice of Non-Objection to the Report and Recommendation (Doc. 27).

After a *de novo* review of the record, this Court agrees entirely with the analysis in the R&R. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc.26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Joint Motion to Approve Settlement and Dismiss Case with Prejudice (Doc. 25) is **GRANTED**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on December 12, 2019.



Copies furnished to:

Counsel of Record